UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN B. RIGGINS, JR.,
    Petitioner,

v.

MARY BERGHUIS,
    Respondent.

CASE NO. 2:07-CV-13378
HONORABLE PATRICK J. DUGGAN

## JUDGMENT

John B. Riggins, Jr. ("Petitioner"), presently confined at the West Shoreline Correctional Facility in Muskegon Heights, Michigan, seeks the issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his *pro se* application, Petitioner challenges his conviction in 2005 for assault with intent to commit murder in violation of Michigan Compiled Laws § 750.83 and possession of a firearm in the commission of a felony in violation of Michigan Compiled Laws § 750.227b. In an Opinion and Order issued on this date, the Court concluded that Petitioner's is not entitled to habeas corpus relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

DATE: July 26, 2010

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
John R. Riggins, #577016
West Shoreline Correctional Facility
2500 S. Sheridan Drive
Muskegon Heights, MI 49444
AAG William C. Campbell